# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITALCONFIRMATION LLC, <br><br> Plaintiff, <br><br> vs. <br><br> COMPANYCAM, INC. <br><br> Defendant. | PATENT <br><br> Case No: <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Rothschild Digital Confirmation, LLC ("Plaintiff" or "RDC") hereby states:

1. Plaintiff RDC does not have a parent corporation and no publicly held companies own 10% or more of its stock.

Dated June 15, 2019.

OF COUNSEL:

David A. Chavous, Esq.
(*pro hac vice* forthcoming)
CHAVOUS INTELLECTUAL
PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

STAMOULIS & WEINBLATT, LLP

 /s/ *Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Rothschild Digital Confirmation, LLC.*