IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITALCONFIRMATION LLC<br><br>   Plaintiff,<br><br>vs.<br><br>COMPANYCAM, INC.<br><br>   Defendant. | PATENT<br><br>Case No: 1:19-cv-01109<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15 and Delaware Local Rule 15.1, Plaintiff Rothschild Digital Confirmation, LLC ("Plaintiff") seeks leave from this Court to amend the Complaint (Dkt. No. 1) against Defendant CompanyCam, Inc. ("CompanyCam").[1]  Rothschild seeks to amend its Complaint to strike claim 27 from the Complaint and to add claim 1, while modifying the allegations for the assertion of claim 1.  Furthermore, Plaintiff seeks to add requests for relief.  Plaintiff does not proposed to add any additional claims.  Plaintiff has met and conferred with counsel for Defendant who have agreed not to oppose this Motion.

For these reasons, Rothschild respectfully requests that this Court grant this Unopposed Motion for Leave to Amend Complaint.

---

[1] The proposed amended pleading for CompanyCam is attached as Exhibit A, and a marked-up pleading showing the proposed changes is attached as Exhibit B.

Dated August 2, 2019

OF COUNSEL:

David A. Chavous, Esq.
(*pro hac vice* forthcoming)
CHAVOUS INTELLECTUAL
PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

STAMOULIS & WEINBLATT LLC

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540


*Attorneys for Plaintiff*
*Rothschild Digital Confirmation, LLC.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of August this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served via first-class mail to any of those indicated as non-registered participants.

                                                           /s/ Stamatios Stamoulis (#4606)