IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1109-MN ) |
| COMPANYCAM, INC., | ) ) |
| Defendant. | ) |

**DEFENDANT COMPANYCAM, INC.'S MOTION TO DISMISS**

Defendant CompanyCam, Inc. respectfully moves the Court to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b) as the claims of the Asserted Patent are not patent eligible under 35 U.S.C. § 101. The grounds for this motion are fully set forth in Defendant's opening brief filed concurrently herewith.

OF COUNSEL:
Rachael Lamkin
LAMKIN IP DEFENSE
100 Pine Street, Suite 1250
San Francisco, CA 94111
(916) 747-6091

Dated: August 19, 2019

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*