IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-1109-MN ) |
| COMPANYCAM, INC., | ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER] GRANTING DEFENDANT COMPANYCAM, INC.'S
<u>MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT</u>**

At Wilmington this \_\_\_\_ day of _____, 2019, having considered Defendant CompanyCam Inc.'s Motion to Dismiss;

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED and Plaintiff's Amended Complaint is dismissed with prejudice.

_____
United States District Judge