**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 1:19-cv-01109-MN |
| v. | ) ) ) |
| COMPANYCAM, INC., | ) ) ) |
| Defendant. | ) |

**UNOPPOSED STIPULATION FOR EXTENSION OF TIME TO FILE PROPOSED
JOINT SCHEDULING ORDER AND PROPOSED ORDER FOR SAME**

Plaintiff Rothschild Digital Confirmation, LLC ("RDC"), subject to the approval by the Court, moves this Court through its counsel this unopposed motion for extension of time to file the proposed joint scheduling order to January 13, 2020.

As grounds for this motion, RDC asserts the following:

1. On November 21, 2019, the Court ordered that RDC coordinate with CompanyCam, Inc., Acumatica, Inc., Mize, Inc., Replicon Software, Inc., Epay Systems, Inc., and TeamConnect, LLC to arrive at a joint scheduling order for all cases;

2. The parties require additional time to complete a joint scheduling order coordinating with all of the various entities;

3. Acumatica, Inc., TeamConnect, LLC, Epay Systems, Inc., Replicon Software, Inc., and Mize, Inc. have stipulated to extension of the deadline to January 13, 2020;

4. An extension of time will not affect any other deadlines on the schedule.

In view of above, RDC respectfully requests extension of time to file the proposed scheduling order to ensure coordination with all of the parties.

Dated:  December 23, 2019

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N West Street, Third Floor
Wilmington, DE 19801
Tel:  (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff Rothschild Digital Confirmation, LLC*


IT IS SO ORDERED, this _____ day of _____ 2019.

_____
U.S.D.J.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 23, 2019.

*/s/  Stamatios Stamoulis*