IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1109-MN ) |
| COMPANYCAM, INC., | ) ) ) |
| Defendants. | ) |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for CompanyCam, Inc. to move for attorneys' fees is extended to April 16, 2020.

| | |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Andrew E. Russell* |
| Stamatios Stamoulis (No. 4606) | Karen E. Keller (No. 4489) |
| Richard Charles Weinblatt (No. 5080) | Andrew E. Russell (No. 5382) |
| STAMOULIS & WEINBLATT LLC | SHAW KELLER LLP |
| 800 N. West Street, Third Floor | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 298-0700 |
| weinblatt@swdelaw.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs* | arussell@shawkeller.com |
| | *Attorneys for Defendant CompanyCam, Inc.* |

Dated: March 27, 2020

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge