IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-1109-MN |
| COMPANYCAM, INC., | ) ) ) |
| Defendant. | ) ) |

**COMPANYCAM, INC.'S SECTION 285 MOTION FOR ATTORNEYS' FEES**

Defendant CompanyCam, Inc. respectfully moves the Court to find this case exceptional and to award attorneys' fees pursuant to 35 U.S.C. § 285. The grounds for this motion are fully set forth in Defendant's opening brief filed concurrently herewith.

|  |  |
|---|---|
|  | */s/ Andrew E. Russell* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | Andrew E. Russell (No. 5382) |
|  | Nathan R. Hoeschen (No. 6232) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Rachael D. Lamkin | jshaw@shawkeller.com |
| LAMKIN IP DEFENSE | kkeller@shawkeller.com |
| 100 Pine Street, Suite 1250 | arussell@shawkeller.com |
| San Francisco, CA 94111 | nhoeschen@shawkeller.com |
| (916) 747-6091 | *Attorneys for Defendant* |

Dated: April 16, 2020