IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COMPANYCAM, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-1109-MN<br>)<br>)<br>)<br>) |

**DECLARATION OF ANDREW E. RUSSELL IN SUPPORT
OF COMPANYCAM'S SECTION 285 MOTION**

I, Andrew E. Russell, declare as follows:

1. I am partner at the law firm of Shaw Keller LLP, counsel for CompanyCam, Inc. in the above-captioned action. I am a member of the Bar of the State of Delaware (No. 5382). I am over the age of 18, and I have personal knowledge of the facts set forth herein and could competently testify about these matters if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of a chart showing invoiced fee amounts for Shaw Keller attorneys through March, 2020, as well as the estimated total fees reported in the concurrently-filed declaration of Rachael D. Lamkin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Andrew E. Russell*
Andrew E. Russell

Dated: April 16, 2020