# EXHIBIT A

| Name | Firm | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| Rachael D. Lamkin | Lamkin IP Defense | Partner | 72 | $500 | $36,000 |
| Karen E. Keller | Shaw Keller LLP | Partner | 3.5<br>2.6* | $675<br>$750 | $2,363<br>$1,950 |
| Andrew E. Russell | Shaw Keller LLP | Partner | 19.8 | $650 | $12,870 |
| Mark Rigney | Shaw Keller LLP | Paralegal | 3.7<br>1.7* | $175<br>$225 | $648<br>$383 |
| Meghan James | Shaw Keller LLP | Paralegal | .2<br>3.1* | $175<br>$225 | $35<br>$698 |
| Samantha Covey | Shaw Keller LLP | Paralegal | 2.1<br>1.3 | $175<br>$175 | $368<br>$228 |
| **Total** | | | | | $55,540.00 |

---

* These hours were billed at updated billing rates for the year 2020.