IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMPANYCAM, INC., )<br>)<br>Defendant. ) | C.A. No. 19-1109-MN |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to Local Rule 7.1.2(b), Defendant CompanyCam, Inc. ("CompanyCam") hereby files this Notice of Subsequent Authority regarding a Federal Circuit opinion issued this morning, *Electronic Communication Technologies, LLC v. ShoppersChoice.com, LLC*, C.A. No. 2019-2087 (Fed. Cir. July 1, 2020) (hereafter "*ECT*") (Ex. A). *ECT* informs CompanyCam's Section 285 Motion for Fees, D.I. Nos. 31, 32, 38.

|   |   |
|---|---|
| | */s/ Andrew E. Russell* |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | David M. Fry (No. 5486) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Rachael D. Lamkin | 1105 North Market Street, 12th Floor |
| LAMKIN IP DEFENSE | Wilmington, DE 19801 |
| 100 Pine Street, Suite 1250 | (302) 298-0700 |
| San Francisco, CA 94111 | kkeller@shawkeller.com |
| (916) 747-6091 | arussell@shawkeller.com |
| | dfry@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: July 1, 2020