IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1109 (MN) |
| COMPANYCAM, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington, this 13th day of October 2020, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. Defendant's Section 285 Motion for Attorneys' Fees (D.I. 31) is GRANTED.

2. On or before October 27, 2020, Defendant shall submit to the Court an accounting of the attorneys' fees it seeks with a brief explanation as to why those fees are reasonable.

3. On or before November 10, 2020, Plaintiff may file a response to Defendant's submission.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge