# EXHIBIT 1

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
08/28/2019
Our File No. 10327-01M
Statement No: 7242

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 07/15/2019 | KEK | Multiple correspondence re: extension | 675.00 | 0.20 | 135.00 |



Summary

| Timekeeper | Rate |
|---|---|
| Karen E. Keller | $675.00 |
| Mark Rigney | 175.00 |
| Samantha Covey | 175.00 |

Expenses

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
09/13/2019
Our File No. 10327-01M
Statement No: 7293

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 08/12/2019 | KEK | Call with R. Lamkin and client re: strategy | 675.00 | 0.50 | 337.50 |
| 08/14/2019 | MR | Correspondence form K. Keller re: pro hac motion for R. Lamkin; review admissions information for R. Lamkin; draft pro hac certification and CM/ECF documentation; transmit to R. Lamkin; draft pro hac motion and transmit to K. Keller; finalize and e-file with Court; serve on opposing counsel; update case docket; coordinate with clerk of the Court re: annual pro hac fee; review order granting motion and submit finalized CM/ECF documentation to clerk of the Court | 175.00 | 1.30 | 227.50 |
| 08/15/2019 | MR | Review CM/ECF notification re: order granting motion for admission of R. Lamkin and automated noticing; correspondence to team re: same; correspondence from R. Lamkin re: pro hac motion | 175.00 | 0.20 | 35.00 |
| | KEK | Multiple correspondence re: motion/answer | 675.00 | 0.10 | 67.50 |
| 08/16/2019 | KEK | Multiple correspondence re: motion to dismiss | 675.00 | 0.10 | 67.50 |
| 08/19/2019 | SC | Prepare opening brief in support of motion to dismiss; draft motion and proposed order; e-file with court; serve on opposing | 175.00 | 1.20 | 210.00 |
| | KEK | Revise brief, motion and proposed order; multiple correspondence re: same | 675.00 | 1.00 | 675.00 |
| 08/20/2019 | MR | Review CM/ECF notification and opening brief; update case calendar with due dates for redacted documents and for answering brief | 175.00 | 0.10 | 17.50 |
| 08/22/2019 | SC | Prepare corrected opening brief re motion to dismiss; | | | |

CompanyCam, Inc.

Page: 2
09/13/2019
Our File No. 10327-01M
Statement No: 7293

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | correspondence with K. Keller re same | 175.00 | 0.20 | 35.00 |
| 08/26/2019 | SC | Correspondence with K. Keller re brief D.I. 11; submit corrected brief to court | 175.00 | 0.10 | 17.50 |
| | KEK | Multiple correspondence re: court re: spacing; revise brief re: same | 675.00 | 0.20 | 135.00 |

Summary

| Timekeeper | | Rate | |
|---|---|---|---|
| Karen E. Keller | | $675.00 | |
| Mark Rigney | | 175.00 | |
| Samantha Covey | | 175.00 | |

Expenses

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
10/11/2019
Our File No. 10327-01M
Statement No: 7350

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 09/04/2019 | KEK | Email from R. Lamkin re: response to motion; review same; multiple correspondence re: time to decision | 675.00 | 0.20 | 135.00 |
| 09/05/2019 | KEK | Multiple correspondence re: motion to dismiss reply brief | 675.00 | 0.10 | 67.50 |
| 09/06/2019 | KEK | Revise reply brief re: motion to dismiss; multiple correspondence re: same | 675.00 | 0.70 | 472.50 |
| | MR | Correspondence from K. Keller re: reply brief; review reply brief and prepare table of contents and authorities; finalize and submit to Court; serve on opposing counsel; update case calendar with due dates for request for oral argument; prepare chambers copies | 175.00 | 1.30 | 227.50 |

Summary

| Timekeeper | | Rate | |
|---|---|---|---|
| Karen E. Keller | | $675.00 | |
| Mark Rigney | | 175.00 | |



Expenses



Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
12/10/2019
Our File No. 10327-01M
Statement No: 7563

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/21/2019 | [redacted] | | | | |
| | KEK | Review oral order re: scheduling order; multiple correspondence re: same | 675.00 | 0.10 | 67.50 |
| | [redacted] | | | | |

Summary

| Timekeeper | | Rate | |
|---|---|---|---|
| Karen E. Keller | [redacted] | $675.00 | [redacted] |
| Mark Rigney | | 175.00 | |

Expenses

[redacted]



Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
01/16/2020
Our File No. 10327-01M
Statement No: 7616

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc., C.A. No. 19-1109-MN (D. Del.)

Fees

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/19/2019 | | | | | |
| | KEK | Multiple correspondence re: extension | 675.00 | 0.10 | 67.50 |
| 12/20/2019 | KEK | Review order re: 101 motion; multiple correspondence re: stipulation; review and revise same | 675.00 | 0.20 | 135.00 |
| 12/23/2019 | | | | | |
| 12/26/2019 | | | | | |

Summary

| Timekeeper | | Rate | |
|---|---|---|---|
| Karen E. Keller | | $675.00 | |
| Mark Rigney | | 175.00 | |
| Meghan James | | 175.00 | |

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
02/18/2020
Our File No. 10327-01M
Statement No: 7741

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/08/2020 | AER | Review draft scheduling order; discussion and e-mails with K. Keller re: case, draft scheduling order | 650.00 | 0.20 | 130.00 |
| 01/09/2020 | KEK | Multiple correspondence re: JDG call | 750.00 | 0.10 | 75.00 |
| 01/10/2020 | AER | Attend conference call re: scheduling order; discussions with K. Keller re: draft scheduling order; revise draft scheduling order re: conference call | 650.00 | 0.70 | 455.00 |
| 01/13/2020 | AER | Edits to draft proposed scheduling order; discussion with K. Keller re: draft proposed scheduling order; circulate draft order; edits to draft stipulation extending time for scheduling order; e-mails coordinating signoff for stipulation; review and supervise filing of stipulation | 650.00 | 0.90 | 585.00 |
| 01/14/2020 | AER | E-mails with defendants re: proposed scheduling order | 650.00 | 0.10 | 65.00 |
| 01/15/2020 | AER | Finalize draft schedule; e-mails with defendants re: draft schedule; e-mail to plaintiff re: draft schedule | 650.00 | 0.20 | 130.00 |
| 01/16/2020 | AER | E-mails with plaintiff re: proposed scheduling order | 650.00 | 0.10 | 65.00 |
| 01/17/2020 | AER | E-mails with opposing counsel re: filing schedule; review as-filed schedule | 650.00 | 0.20 | 130.00 |
| | KEK | Multiple correspondence re: scheduling order | 750.00 | 0.10 | 75.00 |
| 01/27/2020 | | | | | |
| | AER | Review scheduling order, Court rulings; discussion with K. Keller re: scheduling order | 650.00 | 0.10 | 65.00 |



CompanyCam, Inc.

Page: 2
02/18/2020
Our File No. 10327-01M
Statement No: 7741

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | KEK | Review case referral to J. Thynge | 750.00 | 0.10 | 75.00 |
| 01/28/2020 | KEK | Review referral to M. J. Thynge | 750.00 | 0.10 | 75.00 |
| 01/31/2020 | [redacted] | | | | |
| | AER | E-mails with K. Keller, co-counsel re: deadline for initial disclosures | 650.00 | 0.10 | 65.00 |
| | [redacted] | | | | |

Summary

| Timekeeper | | Rate | |
|---|---|---|---|
| Karen E. Keller | [redacted] | $750.00 | [redacted] |
| Andrew E. Russell | | 650.00 | |
| Mark Rigney | | 225.00 | |
| Samantha Covey | | 175.00 | |

[redacted]

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
03/13/2020
Our File No. 10327-01M
Statement No: 7837

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/03/2020 | MR | Correspondence from R. Lamkin and K. Keller re: discovery and notice of service; prepare notice of service; finalize notice of service and submit to Court; serve on opposing counsel | 225.00 | 0.50 | 112.50 |
| | KEK | Review and revise notice of service re: initial disclosures | 750.00 | 0.10 | 75.00 |
| 02/06/2020 | AER | Coordinate filing of stipulation to extend protective order deadline; review and supervise filing of stipulation | 650.00 | 0.20 | 130.00 |
| | SC | Draft stipulation to extend re protective order; correspondence with A. Russell re same; submit to court; serve on opposing counsel | 175.00 | 0.10 | 17.50 |
| 02/07/2020 | AER | Review, edit, and supervise service and filing of initial disclosures and notice of service; e-mails and [redacted] re: form disclosures, edits, service; discussion with M. James re: service | 650.00 | 0.60 | 390.00 |
| | | [redacted] | | | |
| | MJ | Correspondence with A. Russell re: discovery; prepare discovery; submit notice to Court; serve opposing counsel | 225.00 | 0.20 | 45.00 |
| | MJ | Correspondence with Chambers re: updated document and docket entry | 225.00 | 0.10 | 22.50 |
| 02/10/2020 | | [redacted] | | | |
| | AER | Attend JDG call; e-mails with JDG re: scheduling call; discussion with K. Keller re: call, strategy | 650.00 | 0.20 | 130.00 |
| | | [redacted] | | | |
| 02/11/2020 | AER | Draft e-mail to magistrate judge re: ADR; brief review of prior e-mails re: format; e-mails with co-counsel re: email | 650.00 | 0.60 | 390.00 |

CompanyCam, Inc.

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | KEK | Multiple correspondence re: ADR emails | 750.00 | 0.10 | 75.00 |
| 02/12/2020 | AER | E-mails from opposing counsel, to co-counsel re: mediation; e-mails with co-counsel re: notes from § 101 call | 650.00 | 0.20 | 130.00 |
| 02/13/2020 | AER | Review, edit, and format draft letter re: § 101 hearing; e-mails with JDG, co-counsel re: draft letter | 650.00 | 0.20 | 130.00 |
| | MJ | Correspondence with A. Russell re: letter; draft letter | 225.00 | 0.30 | 67.50 |
| 02/14/2020 | AER | Review, edit, and supervise filing of letter to Court re: § 101; e-mails to JDG, co-counsel re: signoff on letter | 650.00 | 0.50 | 325.00 |
| | KEK | Email from J. Thynge re: mediation; multiple correspondence re: letter to court re: 101 case; review same | 750.00 | 0.20 | 150.00 |
| | MJ | Correspondence with A. Russell re: letter; revise letter; submit to Court; serve opposing counsel | 225.00 | 0.40 | 90.00 |
| 02/16/2020 | KEK | Multiple correspondence re: extension of hearing date | 750.00 | 0.10 | 75.00 |
| 02/18/2020 | [redacted] | | | | |
| | KEK | Multiple correspondence re: stipulation re: extension | 750.00 | 0.10 | 75.00 |
| 02/19/2020 | KEK | Review oral order re: motion to continue hearing | 750.00 | 0.10 | 75.00 |
| 02/20/2020 | [redacted] | | | | |
| 02/26/2020 | AER | Draft stipulation extending protective order deadline; coordinate with JDG re: deadline extensions; update stipulation re: JDG consensus; e-mail to plaintiff re: schedule extension | 650.00 | 0.40 | 260.00 |
| 02/27/2020 | AER | Coordinate, finalize, and supervise filing of stipulation extending deadlines | 650.00 | 0.10 | 65.00 |
| | MJ | Correspondence with A. Russell re: stipulation; draft stipulation; submit to Court; serve opposing counsel | 225.00 | 0.10 | 22.50 |

[redacted]

Summary

| Timekeeper | | Rate | |
|---|---|---|---|
| Karen E. Keller | [redacted] | $750.00 | [redacted] |
| Andrew E. Russell | | 650.00 | |
| Mark Rigney | | 225.00 | |
| Meghan James | | 225.00 | |
| Samantha Covey | | 175.00 | |

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
04/09/2020
Our File No. 10327-01M
Statement No: 7950

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/02/2020 | AER | Discussion with K. Keller re: case status; review docket re: new § 101 motion; e-mail to R. Lamkin re: new § 101 motion | 650.00 | 0.40 | 260.00 |
| [redacted] | | | | | |
| 03/05/2020 | AER | E-mails re: rescheduling § 101 hearing as a teleconference | 650.00 | 0.10 | 65.00 |
| | KEK | Multiple correspondence re: hearing | 750.00 | 0.10 | 75.00 |
| 03/06/2020 | AER | Call to Court re: converting in-person § 101 hearing to teleconference; e-mails (22x) re: coordinating among defendants, plaintiff re: converting hearing to teleconference and rescheduling; e-mails with chambers re: converting hearing, rescheduling to accommodate all counsel | 650.00 | 2.90 | 1,885.00 |
| 03/09/2020 | AER | E-mails with co-counsel re: copies of filings; coordinate with staff, parties re: teleconference | 650.00 | 0.30 | 195.00 |
| | KEK | Multiple correspondence re: hearing | 750.00 | 0.10 | 75.00 |
| [redacted] | | | | | |
| 03/10/2020 | AER | Review slides for § 101 hearing; research re: previous Judge Noreika transcripts, practices for hearing preparation; e-mails with co-counsel re: edits to slides; coordinate with parties re: submission of slides, attendee list; [redacted] e-mails to and from chambers re: submission of materials for § 101 hearing | 650.00 | ~~3.20~~ 3.0 | ~~2,080.00~~ $1,950 |
| | KEK | Multiple correspondence re: hearing preparation/slides | 750.00 | 0.10 | 75.00 |
| 03/11/2020 | AER | Attend § 101 teleconference; coordinate filing of attendee list, final slides; e-mails with attendees re: coordinating, slides; e-mails with opposing counsel re: hearing; e-mails with co-counsel re: hearing, strategy; e-mail to R. Lamkin re: call about fees motion | 650.00 | 2.90 | 1,885.00 |
| | KEK | Attend 101 hearing; attend teleconference re: ruling on 101 motion | 750.00 | 0.90 | 675.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/2020 | AER | Call with R. Lamkin re: fees motion; discussion with K. Keller re: fees motion; brief research re: fees motion; e-mails re: transcript | 650.00 | 0.90 | 585.00 |
| | KEK | Multiple correspondence re: dismissal | 750.00 | 0.10 | 75.00 |
| 03/13/2020 | AER | Call with R. Lamkin re: subpoenas; review draft subpoena; draft, review, and supervise filing of notice of subpoena; e-mails with co-counsel re: expedited transcript; call to M. James re: expedited transcript | 650.00 | 1.40 | 910.00 |
| | KEK | Multiple correspondence re: settlement | 750.00 | 0.10 | 75.00 |
| 03/18/2020 | AER | Brief call re: joint status report | 650.00 | 0.10 | 65.00 |
| 03/19/2020 | KEK | Multiple correspondence re: dismissal/285 clock | 750.00 | 0.10 | 75.00 |
| | AER | E-mails with co-counsel re: § 285 clock; pull sample briefing re: attorneys' fees following Rule 41 dismissal; e-mails re: status of transcript | 650.00 | 0.30 | 195.00 |
| 03/23/2020 | AER | E-mail to R. Lamkin flagging N.D. Cal § 101 decision | 650.00 | 0.20 | 130.00 |
| 03/25/2020 | AER | Call with R. Lamkin re: subpoenas, questions; e-mails with R. Lamkin re: call, subpoenas, follow-up; draft, review, and supervise filing of notice of subpoena, subpoenas to Acumatica, Field Agent, and Terrago | 650.00 | 1.10 | 715.00 |
| | MJ | Correspondence with A. Russell re: notice; prepare notice; submit to Court; serve opposing counsel | 225.00 | 0.50 | 112.50 |
| 03/27/2020 | AER | E-mails re: stipulation extending time to file attorneys' fees motion; draft, review, and supervise filing of stip; coordinate with plaintiff re: signoff on stip | 650.00 | 0.40 | 260.00 |
| | MJ | Correspondence with A. Russell re: stipulation; prepare stipulation; submit to Court; serve opposing counsel | 225.00 | 0.30 | 67.50 |

Summary

| Timekeeper | Rate |
|---|---|
| Karen E. Keller | $750.00 |
| Andrew E. Russell | 650.00 |
| Mark Rigney | 225.00 |
| Meghan James | 225.00 |

Expenses

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
05/12/2020
Our File No. 10327-01M
Statement No: 8030

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 04/07/2020 | AER | E-mails with co-counsel re: Fed. Cir. opinion on fees, timing of fees motion | 650.00 | 0.20 | 130.00 |
| 04/13/2020 | AER | E-mails with R. Lamkin re: question [redacted] | 650.00 | 0.30 | 195.00 |
| | KEK | Multiple correspondence re: [redacted] | 750.00 | 0.10 | 75.00 |
| 04/14/2020 | MR | Correspondence from A. Russell re: draft of declaration; review documents for declaration and start draft; correspondence to A. Russell re: guidance on language | 225.00 | 0.30 | 67.50 |
| | AER | Review and edit draft brief in support of motion for attorneys' fees; e-mails and call with R. Lamkin re: motion; draft paragraphs re: plaintiff's positions, ongoing litigation; coordinate with paralegals re: draft declaration | 650.00 | 1.80 | 1,170.00 |
| 04/15/2020 | AER | Review and edit revised motion for attorneys' fees, declaration; e-mails with R. Lamkin re: edits; research re: [redacted]; call with R. Lamkin [redacted]; coordinate with staff re: summary of hours worked for fees motion | 650.00 | 2.10 | 1,365.00 |
| 04/16/2020 | AER | Revise, finalize, and supervise filing of motion for attorneys' fees, brief, two declarations; discussion and e-mails with K. Keller, A. Vari re: motion; e-mails with R. Lamkin re: motion, supporting papers | 650.00 | 3.20 | 2,080.00 |
| | KEK | Multiple correspondence re: fees motion; discuss same with A. Russell; review and revise same and supporting materials | 750.00 | 0.30 | 225.00 |
| | MJ | Correspondence with A. Russell re: motion, declarations, exhibits, and redacted document; prepare the same; submit to Court; serve opposing counsel | 225.00 | 1.60 | 360.00 |
| 04/17/2020 | [redacted] | | | | |
| 04/30/2020 | KEK | Review plaintiff's answering brief re: motion for fees | 750.00 | 0.10 | 75.00 |



Summary

| Timekeeper | Rate |
| --- | --- |
| Karen E. Keller | $750.00 |
| Andrew E. Russell | 650.00 |
| Mark Rigney | 225.00 |
| Meghan James | 225.00 |

Expenses



Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
06/15/2020
Our File No. 10327-01M
Statement No: 8134

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/04/2020 | [redacted] | | | | |
| 05/05/2020 | [redacted] | | | | |
| | AER | Review draft reply brief re: attorney's fees; e-mails with R. Lamkin re: brief, filing of transcript | 650.00 | 0.80 | 520.00 |
| 05/06/2020 | AER | Edits to draft reply brief re: attorney's fees; e-mails and call with R. Lamkin re: edits, draft | 650.00 | 1.80 | 1,170.00 |
| | [redacted] | | | | |
| | MJ | Correspondence with A. Russell and A. Vari re: reply brief; prepare brief | 225.00 | 0.30 | 67.50 |
| 05/07/2020 | AER | Finalize and supervise filing of reply brief; e-mails with R. Lamkin re: reply brief, request for oral argument | 650.00 | 0.30 | 195.00 |
| | MJ | Correspondence with A. Russell re: brief; review brief; submit to Court; serve opposing counsel | 225.00 | 0.30 | 67.50 |
| 05/08/2020 | [redacted] | | | | |

Summary

| Timekeeper | [redacted] | Rate | [redacted] |
|---|---|---|---|
| Karen E. Keller | | $750.00 | |
| Andrew E. Russell | | 650.00 | |
| Mark Rigney | | 225.00 | |
| Meghan James | | 225.00 | |

Total Current Work 2,252.50

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
07/17/2020
Our File No. 10327-01M
Statement No: 8458

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 06/22/2020 | AER | E-mails with R. Lamkin re: notice of supplemental authority; review docket of CA case re: notice; pull sample notice | 650.00 | 0.50 | 325.00 |
| | | For Current Services Rendered | | 0.50 | 325.00 |

Summary

| Timekeeper | | Rate | |
|---|---|---|---|
| Andrew E. Russell | | $650.00 | |

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

Page: 1
08/06/2020
Our File No. 10327-01M
Statement No: 8511

CompanyCam, Inc.

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/01/2020 | MJ | Correspondence with A. Russell re: notice; prepare notice; submit to Court; serve opposing counsel | 225.00 | 0.30 | 67.50 |
| | KEK | Multiple correspondence re: notice of subsequent authority; review and revise same | 750.00 | 0.10 | 75.00 |
| | AER | Review, edit, and supervise filing notice of supplemental authority; e-mails with co-counsel re: edits | 650.00 | 0.40 | 260.00 |
| | | For Current Services Rendered | | 0.80 | 402.50 |

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Karen E. Keller | 0.10 | $750.00 | $75.00 |
| Andrew E. Russell | 0.40 | 650.00 | 260.00 |
| Meghan James | 0.30 | 225.00 | 67.50 |

Expenses



Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
P.O. Box 1948
Wilmington, DE 19899
(302) 298-0700

CompanyCam, Inc.

Page: 1
10/27/2020
Our File No. 10327-01M
Statement No: 8740

Interim Statement

Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.,
C.A. No. 19-1109-MN (D. Del.)

Fees

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/2020 | AER | E-mails with Court, Co-counsel re: Terrago settlement agreement; [redacted] | 650.00 | 0.50 | 325.00 |
| 10/13/2020 | KEK | Review opinion re: motion for attorneys' fees | 750.00 | 0.10 | 75.00 |
| | AER | Review memorandum opinion re: attorneys fees, order; e-mail to co-counsel re: opinion | 650.00 | 0.20 | 130.00 |
| 10/14/2020 | AER | Review research on file re: accounting and reasonableness of attorney's fees; e-mail to R. Lamkin re: assistance in drafting accounting of attorney's fees; pull copies of supporting materials for fees declarations; e-mail to R. Lamkin re: supporting materials; discussion with J. Shaw re: support for fees motion | 650.00 | 0.80 | 520.00 |
| [redacted] | | | | | |
| 10/15/2020 | AER | Collect additional invoices and supporting material re: declaration supporting fees motion; further discussions with J. Shaw, K. Keller re: support for fees accounting; e-mails with R. Lamkin re: fees motion; draft declaration re: accounting of Shaw Keller LLP fees | 650.00 | 0.80 | 520.00 |
| 10/16/2020 | AER | Draft declaration re: attorneys' fee accounting; research re: declaration | 650.00 | 2.10 | 1,365.00 |
| 10/19/2020 | AER | Draft declaration re: attorneys' fee accounting; research re: declaration | 650.00 | 2.10 | 1,365.00 |
| 10/20/2020 | AER | Edits to draft declaration | 650.00 | 0.20 | 130.00 |
| 10/21/2020 | AER | Research re: fees declaration; draft fees accounting declaration; collect exhibits for fees declaration | 650.00 | 3.80 | 2,470.00 |
| 10/22/2020 | AER | Revisions to draft declaration re: fees accounting; e-mails and call with J. Shaw re: revisions to declaration; e-mails with K. Keller re: review of declaration, changes; e-mails with E. DiBenedetto re: cite checking fees | | | |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | declaration | 650.00 | 2.50 | 1,625.00 |
| 10/23/2020 | AER | E-mails with K. Keller and R. Lamkin re: draft fees declaration; e-mails with R. Lamkin re: form of submission, examples | 650.00 | 0.80 | 520.00 |
| 10/26/2020 | AER | Edits to attorney's fees declaration; review and incorporate cite check edits to fees declaration; e-mails with K. Keller, R. Lamkin re: fees declaration; review and edit R. Lamkin fee's declaration | 650.00 | 1.80 | 1,170.00 |
| | KEK | Review and revise A. Russell declaration re: fees; review and revise exhibits re: same; review and revise R. Lamkin declaration | 750.00 | 1.10 | 825.00 |

Summary

| Timekeeper | Rate |
|---|---|
| Karen E. Keller | $750.00 |
| Andrew E. Russell | 650.00 |
| Meghan James | 225.00 |
| Emily S. DiBenedetto | 300.00 |