# EXHIBIT 3





The Delaware courts have modified their procedures due to the ongoing COVID-19 pandemic. Click here for more information.

**ATTORNEYS**   **KAREN E. KELLER**



## Karen E. Keller

PARTNER

kkeller@shawkeller.com

Download vCard

302.298.0702

More Information

Karen's practice primarily focuses on intellectual property and complex commercial litigation at the ITC and in district courts across the country.

---

She has led teams in patent infringement lawsuits involving agricultural chemicals, human and veterinary pharmaceuticals, high-performance liquid chromatography, biotechnology products, and networking technologies. In late 2012, Chambers USA Women in Law recognized Karen's work by nominating her for its 2013 Up and Coming Intellectual Property Lawyer of the Year Award.

Karen also serves as a member of the Sedona Conference's Patent Litigation Working Group 10 on Patent Litigation Best Practices and has been a faculty member for various corresponding Working Group Meetings. Karen served as the President of the Delaware Chapter of the Federal Bar Association, the primary liaison between

the district court bench and the Delaware federal bar. In 2013, Karen was recognized for her service to the District of Delaware with the Judge Caleb R. Layton, III Service Award.

Taking on *pro bono* representations also is a regular part of Karen's practice, including a civil rights action for discriminatory arrest in which the jury awarded compensatory and punitive damages. After the district court judge overturned the verdict on post-trial motions, Karen successfully argued the appeal to reinstate the jury's original verdict. She has also successfully represented pro bono clients in family law matters and before the U.S. Court of Veterans Appeals.

Karen has a Bachelor of Science in Biochemistry and Molecular Biology from The Pennsylvania State University and worked at GlaxoSmithKline conducting drug discovery research. Karen prosecuted patent and trademark applications during law school and worked on other intellectual property litigation matters at an intellectual property boutique firm in Philadelphia and at one of Delaware's largest law firms before founding Shaw Keller LLP in 2011.

Karen served on the Alumni Council of the Penn State Alumni Association and as an appointed member of the Executive Board. She is co-chair of the Penn State Eberly College of Science Millennium Society, a member of the Eberly College of Science Alumni Board, and is also active in LionLink Career Mentoring and the Lions Roar Alumni Admissions Committee.

**Awards and Honors**

- The District of Delaware Judge Caleb R. Layton, III Service Award (2013)
- Chambers & Partners USA (2013-2018)
- Nominated by Chambers USA Women in Law for its 2013 Up and Coming Intellectual Property Lawyer of the Year Award
- IAM Patent 1000 (2013-2018)
- Delaware Super Lawyers (2012-2018)

**Publications**

- Chapter Author, Pre-ANDA Litigation Strategies and Tactics for Developing a Drug Product and Patent Portfolio (1st ed. 2014), (2d ed. 2018)
- Chapter Author, ANDA Litigation: Strategies and Tactics (1st ed. 2012), (2d ed. 2016)
- Keller, K. & Clarke Welch Stavinoha, A Comparison of Local Patent Rules Across the Patent Pilot Program Districts, The Sedona Conference 13th Annual Sedona Conference on Patent Litigation in Support of the Patent Pilot Program (October 2012)

- Co-founder and contributing author, Delaware IP Law Blog (Fall 2006-October 2011)

- Keller, K., Reverse Payment Settlements and the Implications of Schering-Plough, ABA Section of Litigation IP Litigation Committee, IP Litigation Newsletter, Vol. 18, No.1 (Fall 2006)

**More Information**

J.D., Temple University School of Law, *cum laude*

B.S., Biochemistry and Molecular Biology, The Pennsylvania State University

**Bar Admissions**

- Delaware

- Pennsylvania

- U.S. Patent and Trademark Office

© Shaw Keller LLP, 2020. All rights reserved.
Attorney Advertising
Disclaimer

302.298.0700
press@shawkeller.com
careers@shawkeller.com