# EXHIBIT 4

Andrew E. Russell - Shaw Keller

# SHAW KELLER LLP



The Delaware courts have modified their procedures due to the ongoing COVID-19 pandemic. Click here for more information.

**ATTORNEYS ▸ ANDREW E. RUSSELL**



## Andrew E. Russell

**PARTNER**

arussell@shawkeller.com

Download vCard

302.298.0704

More Information

Andrew focuses his practice on the litigation of patents covering high-tech subject matter, ranging from Internet and network technology to low-level CPU and semiconductor technology.

Before practicing law, Andrew worked as an IT and software development specialist for various Pittsburgh businesses, including U.S. Steel. Since graduating from Temple Law School in 2009, Andrew has leveraged his technical expertise by representing electronics, computer, and e-commerce companies in patent cases, achieving successful results in federal district court and in cases before the United States International Trade Commission.

In 2014, Andrew was part of a trial team that achieved a favorable jury verdict in a multi-million dollar contract case in the Northern District of California involving the design and manufacture of integrated circuits for use in GPS

navigation systems.

Andrew was a Lead Research Editor for *Temple Law Review* and has written on a number of technology issues. He also founded IP/DE, a blog about intellectual property litigation and the District of Delaware.

Andrew clerked for the Honorable Christopher J. Burke, United States District Court for the District of Delaware. During law school, Andrew interned for the Honorable R.M. Bumb, District Judge for the District of New Jersey.

Andrew has represented clients *pro bono* in the U.S. District Court for the District of Delaware, and before the U.S. Court of Appeals for Veterans Claims.

**More Information**

J.D., Temple University Beasley School of Law, *cum laude*

*Temple Law Review*, Lead Research Editor

B.S., Information Science, Robert Morris University, *magna cum laude*

B.S.B.A., Management, Robert Morris University, *magna cum laude*

Law Clerk, The Honorable Christopher J. Burke, United States District Court for the District of Delaware

Founder, IP/DE

**Bar Admissions**

- Delaware

© Shaw Keller LLP, 2020. All rights reserved.
Attorney Advertising
Disclaimer

302.298.0700
press@shawkeller.com
careers@shawkeller.com