# EXHIBIT 6

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **GULFMARK OFFSHORE, INC.,** | : | **Case No. 17–11125 (KG)** |
| | : | |
| Debtor.[1] | : | **Obj. Deadline: October 4, 2017 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: October 30, 2017 at 3:00 p.m. (ET)** |

------------------------------------------------------------ x

## NOTICE OF FIRST INTERIM FEE APPLICATION
## REQUEST OF RICHARDS, LAYTON & FINGER, P.A.

| | |
|---|---|
| Name of applicant (the "**Applicant**"): | Richards, Layton & Finger, P.A. |
| Authorized to provide professional services to: | the above-captioned debtor and debtor in possession (the "**Debtor**") |
| Date of retention: | June 15, 2017 *nunc pro tunc* to May 17, 2017 |
| Period for which compensation and reimbursement is sought: | May 17, 2017 through July 31, 2017 |
| Amount of compensation sought as actual, reasonable, and necessary: | $224,816.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $10,467.22 |

This is a(n): __X__ interim _____ final application

---

[1] The last four digits of the Debtor's federal tax identification number are 6032. The Debtor's principal mailing address is 842 West Sam Houston Parkway North, Suite 400, Houston, Texas 77024.

Summary of fee applications for the compensation period:

| Date Filed and Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 6/30/17 [Docket No. 184] | 5/17/17 - 5/31/17 | $87,000.50 | $5,760.88 | $69,600.40 | $5,760.88 | $17,400.10 |
| 7/26/17 [Docket No. 230] | 6/1/17 - 6/30/17 | $113,804.50 | $4,563.96 | $91,043.60 | $4,563.96 | $22,760.90 |
| 8/30/17 [Docket No. 267] | 7/1/17 - 7/31/17 | $24,011.00 | $142.38 | N/A | N/A | N/A |
| Total: | | $224,816.00 | $10,467.22 | $160,644.00 | $10,324.84 | $40,161.00 |

Summary of any objections to fee applications: None.

PLEASE TAKE NOTICE that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2*, dated June 15, 2017 [Docket No. 141] (the "**Interim Compensation Order**"),[2] objections, if any, to this Interim Fee Application must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties so as to be received by **October 4, 2017 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider this Interim Fee Application will be held before the Honorable Kevin Gross, the United States Bankruptcy Court

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 (the "**Court**") **on October 30, 2017 at 3:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that, (i) attached hereto as **Exhibit "A"** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 case, (ii) attached hereto as **Exhibit "B"** is a summary of compensation by project category, (iii) attached hereto as **Exhibit "C"** is an expense summary, (iv) attached hereto as **Exhibit "D"** are the Applicant's customary and comparable compensation disclosures, (v) attached hereto as **Exhibit "E"** is the *Budget for Richards, Layton & Finger, P.A., Co-Counsel to the Debtor, for the Period from May 17, 2017 through July 31, 2017* (the "**Budget**") and the *Staffing Plan for Richards, Layton & Finger, P.A., Co-Counsel to the Debtor, for the Period from May 17, 2017 through July 31, 2017* (the "**Staffing Plan**"), (vi) attached hereto as **Exhibit "F"** is a summary of fees and hours budgeted compared to fees and hours billed, (vii) attached hereto as **Exhibit "G"** are certain additional disclosures related to the Interim Fee Application, and (viii) attached hereto as **Exhibit "H"** is a certification, wherein an attorney of the Applicant certifies to certain matters addressed in the Interim Compensation Order.

3

IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.

Dated: September 14, 2017
      Wilmington, Delaware

/s/ Zachary I. Shapiro
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Debtor and Debtor in Possession*

4

## Exhibit D - Customary and Comparable Compensation Disclosures

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for preceding year (2016)[1] | Billed May 17, 2017 through July 31, 2017 |
| Director (partner) | $699.22 | $889.52 |
| Counsel | $515.44 | $560.00 |
| Associate | $370.99 | $357.01 |
| Paralegal | $222.16 | $250.00 |
| Aggregated[2] | $507.84 | $425.06 |

---

[1] The billable rates for RL&F attorneys are adjusted on January 1 of each year. The data in this column excludes 2016 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.

[2] The "Aggregated" number represents the weighted blended hourly rate for all Directors, Counsel, Associates, and Paralegals for the respective time periods indicated in each column.