# EXHIBIT 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MACH GEN GP, LLC,<br><br>Reorganized Debtor.[1] | : Chapter 11<br>:<br>: Case No. 18-11369 (MFW)<br>:<br>:<br>: **Monthly Fee Application:**<br>: **Obj. Deadline: October 29, 2018 at 4:00 p.m. (ET)**<br>: **Hearing Date: N/A**<br>:<br>: **Final Fee Application:**<br>: **Obj. Deadline: November 20, 2018 at 4:00 p.m. (ET)**<br>: **Hearing Date: TBD** |

## SUMMARY OF THIRD MONTHLY AND FINAL APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE MONTHLY PERIOD FROM AUGUST 1, 2018 THROUGH SEPTEMBER 6, 2018, AND THE FINAL PERIOD FROM JUNE 11, 2018 THROUGH SEPTEMBER 6, 2018

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | July 2, 2018 (*Nunc Pro Tunc* to June 11, 2018) |
| Monthly Period for which compensation and reimbursement is sought: | August 1, 2018 through September 6, 2018 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $114,063.00 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $535.77 |
| Final Period for which compensation and reimbursement is sought: | June 11, 2018 through September 6, 2018 |

---

[1] The Reorganized Debtor and the last four digits of its taxpayer identification numbers are MACH Gen GP, LLC (6738). The Reorganized Debtor's principal offices are located at 1780 Hughes Landing, Suite 800, The Woodlands, Texas 77380. The chapter 11 cases of certain affiliates of the Reorganized Debtor have been closed. <u>See</u> Case No. 18-11368 (MFW), D.I. 208.

01:23726485.2

e) The time period covered by the Application for the Final Fee Period includes approximately 1.10 hours with a value of $579.50 spent by Young Conaway to ensure that the time entries subject for the Final Fee Period comply with the Local Rules and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

f) The Application did not include annual rate increases since retention.

### BUDGET AND STAFFING PLAN

16. Young Conaway and the Debtors have agreed to the budget and staffing plan, attached hereto as Exhibit C (the "Budget and Staffing Plan"), for the Final Fee Period.

### BLENDED RATE SCHEDULE

17. A blended rate schedule, as requested by *Appendix B* to the UST Guidelines, is attached hereto as Exhibit D.

### CONCLUSION

WHEREFORE, Young Conaway requests that allowance be made to it in the sum of $114,063.00 as compensation for necessary professional services rendered to the Debtors for the Monthly Fee Period, and the sum of $535.77 for reimbursement of actual necessary costs and expenses incurred during that Monthly Fee Period, and final allowance be made to it in the sum of $458,262.00 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $18,752.97 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and further requests such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 15, 2018 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Fax: (302) 571-1253<br><br>*Counsel for the Reorganized Debtor* |

**EXHIBIT D**

Blended Rate Schedule

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Young Conaway's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning and Tax, and Intellectual Property Litigation sections of the Firm for the prior calendar year were as set forth below. Young Conaway believes that the services performed by those three sections of the Firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2017 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for preceding calendar year[1] | **Billed** Firm-wide for preceding calendar year[2] | **Billed** This Application |
| Partner | $807 | $658 | $712 |
| Counsel | $488 | $439 | - |
| Associate | $406 | $396 | $421 |
| Paralegal | $212 | $175 | $255 |
| **Aggregated:** | $541 | $466 | $583 |

---

[1] This column reflects the blended 2017 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning and Tax, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.