# EXHIBIT 10

# LIST OF EXEMPLARY CURRENT OR RECENT CASES

I. **District of Delaware Patent Cases Involving Shaw Keller LLP and Morris, Nichols, Arsht & Tunnell LLP**

- *Sanofi-Aventis U.S. LLC v. Actavis LLC*, C.A. No. 20-804-RGA
- *Salix Pharmaceuticals, Ltd. v. Norwich Pharmaceuticals, Inc.*, C.A. No. 20-430-RGA
- *CoolTVNetwork.com, Inc. v. Limelight Networks, Inc.*, C.A. No. 19-295-LPS-JLH; and *CoolTVNetwork.com, Inc. v. Facebook, Inc.*, C.A. No. 19-292-LPS-JLH
- *Ingevity Corporation et al v. BASF Corporation*, C.A. No. 18-1391-RGA
- *Adverio Pharma GmbH v. MSN Laboratories Private Ltd.*, C.A. No. 18-73-LPS

II. **District of Delaware Patent Cases Involving Shaw Keller LLP and Richards, Layton & Finger LLP**

- *Sanofi-Aventis U.S. LLC v. Actavis LLC*, C.A. No. 20-804-RGA
- *Monterey Research, LLC v. Qualcomm Inc.*, C.A. No. 19-2083-NIQA-LAS; and *Monterey Research, LLC v. Advanced Micro Devices, Inc.*, C.A. No. 19-2149-NIQA-LAS
- *NNCrystal US Corporation v. Nanosys, Inc.*, C.A. No. 19-1307-RGA
- *CoolTVNetwork.com, Inc. v. Limelight Networks, Inc.*, C.A. No. 19-295-LPS-JLH; and *CoolTVNetwork.com, Inc. v. Microsoft Corporation*, C.A. No. 19-296-LPS-JLH
- *Intuitive Surgical, Inc. v. Auris Health, Inc.*, C.A. No. 18-1359-MN
- *Abbott Cardiovascular Systems, Inc. v. Edwards Lifesciences Corp.*, C.A. No. 19-149-MN

III. **District of Delaware Patent Cases Involving Shaw Keller LLP and Young Conaway Stargatt & Taylor LLP**

- *International Business Machines Corporation v. Airbnb, Inc.*, C.A. No. 20-351-LPS
- *Otsuka Pharmaceutical Co., Ltd. v. Zydus Pharmaceuticals (USA) Inc.*, C.A. No. 19-2024-LPS
- *PureWick Corp. v. Sage Products, LLC*, C.A. No. 19-1508-MN
- *CoolTVNetwork.com, Inc. v. Limelight Networks, Inc.*, C.A. No. 19-295-LPS-JLH; and *CoolTVNetwork.com, Inc. v. Kaltura, Inc.*, C.A. No. 19-294-LPS-JLH
- *Best Medical International, Inc. v. Varian Medical Systems, Inc.*, C.A. No. 18-1600-MN