# EXHIBIT 11

Home / About Us

# About us



**Chambers and Partners is an independent research company operating across 200 jurisdictions delivering detailed rankings and insight into the world's leading lawyers.**

Chambers empowers organisations to make informed decisions when selecting legal services, saving time and resources and reducing risk.

Chambers 200 researchers provide unique insight into complex areas of law in different jurisdictions. Chambers conducts tens of thousands of interviews a year with in-house counsel and third-party experts, such as barristers and accountants, delivering detailed insight into providers of legal services.

We continue to invest and innovate to deliver data-led platforms, enabling law firms to provide the right services and in-house counsel to partner with the right firms.

All our research, analysis and insight can be found at chambers.com

## Top 3 Legal

In June 2020 Chambers and Partners acquired Top 3 Legal, an emerging online platform that assists businesses in managing their relationships with external lawyers and law firms. Top 3 Legal assists in-house legal departments to access live information from their colleagues and peers from other organisations to help them identify the external counsel that is right for a particular project. In addition, Top 3 Legal enables in-house legal teams to use a simple and collaborative interface called a Team Sheet to manage their private network of external lawyers and law firms. A recent enhancement to the business has also been the creation of a GC Hub which is a network of GCs, that connect via the T3L platform to share lawyer recommendations.

[ Visit Top 3 Legal ]

> The independent rankings Chambers provides are central to everything we do and are why our research is the industry leader. It is our rigorous independent processes that makes Chambers the gold standard in legal insight.

## Meet the Leadership team



**TIM NOBLE**

Chief Executive Officer

Read full bio >



**LAURA ALEXANDER**

Chief Financial Officer

Read full bio >



**CHRIS THOMAS**

Chief Commercial Officer

Read full bio >



**RIETA GHOSH**

Editor-in-Chief

Read full bio >



**JAMES LEE**

Chief Technology Officer

Read full bio >



**RHIANNA JAMES-MOORE**

Chief Marketing Officer

Read full bio >



**MATTHEW TAYLOR**

Global People Director

Read full bio >



**RICHARD JAKUBOWSKI**

Chief Product Officer

Read full bio >



**DEE SEKAR**

Diversity and Inclusion Director

Read full bio >

## Products

Insight

Enhanced Profiles

Become a contributor

Ranking Brochures

Ranking Plaques

About our Products

Worldwide Law Firms

## Careers

Chambers' Careers

## Student & Associate

Student

Associate

## Events

Awards

Editors' Receptions

Forums

Seminars

Commercial Opportunities

## Contact Details

Chambers and Partners
No.3 Waterhouse Square
138 Holborn
London, United Kingdom
EC1N 2SW

View in maps ⧉

Contact Us

Worldwide Lawyers

© Copyright 2020 Chambers and Partners | Terms and Conditions | Privacy | FAQ



**Intellectual Property in Delaware**

USA Rankings

Change Search

# USA Rankings
## Intellectual Property in Delaware

### Practice area overviews

**DELAWARE: An Introduction**

By Delaware Counsel Group LLC ⟩

### Ranking Tables



Firms    Ranked Individuals

This content is **provided by Chambers** based on our research. *Learn more about our methodology*



**Band 1**

| | |
|---|---|
| Fish & Richardson PC | ⟩ |
| Morris, Nichols, Arsht & Tunnell LLP | ⟩ |

**Band 2**

| | |
|---|---|
| Potter Anderson & Corroon LLP | ⟩ |
| Richards, Layton & Finger PA | ⟩ |
| Shaw Keller LLP | ⟩ |

**Band 3**

| | |
|---|---|
| Ashby & Geddes | ⟩ |
| Bayard, P.A. | ⟩ |
| Farnan LLP | ⟩ |

**Band 4**

| | |
|---|---|
| Connolly Gallagher LLP | ⟩ |
| McCarter & English, LLP | ⟩ |
| Smith, Katzenstein & Jenkins LLP | ⟩ |
| Young Conaway Stargatt & Taylor LLP | ⟩ |

**Products**

Insight

Enhanced Profiles

Become a contributor

Ranking Brochures

Ranking Plaques

**Careers**

Chambers' Careers

**Student & Associate**

Student

Associate

**Events**

Awards

Editors' Receptions

Forums

Seminars

Commercial Opportunities

**Contact Details**

Chambers and Partners

No.3 Waterhouse Square

138 Holborn

London, United Kingdom

EC1N 2SW

View in maps ⬈

About our Products

Worldwide Law Firms

Worldwide Lawyers

Contact Us

© Copyright 2020 Chambers and Partners | Terms and Conditions | Privacy | FAQ