# IN THE UNITED STATES DISTRICT COURT
# OF DISTRICT OF DELAWARE

|  |  |
|---|---|
| Rothschild Digital Confirmation, LLC,<br>Plaintiff,<br><br>v.<br><br>CompanyCam, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:19-cv-01109-MN<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF ROTHSCHILD DIGITAL CONFIRMATION, LLC.'S NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Rothschild Digital Confirmation, LLC., pursuant to 28 U.S.C. § 2107, as well as Federal Rules of Appellate Procedure 3 and 4(a), hereby appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order entered against it and in favor of Defendant CompanyCam, Inc. on February 23, 2021 (ECF No. 45), and any opinions, decisions, and orders subsumed therein, including but not limited to the Memorandum & Order.

Dated: March 24, 2021

OF COUNSEL:

/s/ *David A. Chavous*
David A. Chavous, Esq.
(*pro hac vice* forthcoming)
CHAVOUS INTELLECTUAL
PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

STAMOULIS & WEINBLATT, LLP

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
800 N. West Street, Third Floor Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Rothschild Digital Confirmation, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this twenty-fourth day of March, 2021 this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served via first-class mail to any of those indicated as non-registered participants.

                                                                                         */s/ Stamatios Stamoulis*