IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-1109-MN |
| COMPANYCAM, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 21, 2021, the following document was

served on the persons listed below in the manner indicated:

    1)    CompanyCam Discovery (Set One)

**BY EMAIL**

| | |
|---|---|
| Stamatios Stamoulis | David A. Chavous |
| STAMOULIS & WEINBLATT, LLP | CHAVOUS INTELLECTUAL PROPERTY LAW, LLC |
| 800 N. West Street, Third Floor | 793 Turnpike Street, Unit 1 |
| Wilmington, DE 19801 | North Andover, MA 01845 |
| (302) 999-1540 | (978) 655-4309 |
| stamoulis@swdelaw.com | dchavous@chavousiplaw.com |

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com

OF COUNSEL:
Rachael Lamkin
LAMKIN IP DEFENSE
100 Pine Street, Suite 1250
San Francisco, CA 94111
(916) 747-6091

Dated: May 21, 2021

*Attorneys for Defendant*