OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

September 29, 2021

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801

   **RE:**  **Rothschild Digital Confirmation, LLC. v. CompanyCam, Inc**
       **C. A. No. 1:19-cv-01109-MN**

Dear Counsel:

  Enclosed is a copy of a letter sent by your client to the (Clerk of Court). The correspondence will not be docketed by the Clerk's Office nor forwarded to opposing counsel.

  Kindly advise your client that the court will not in the future review any correspondence from him so long as he is represented by counsel, unless the correspondence is filed/forwarded to the Court by counsel. Thank you for your cooperation.

          Sincerely,

          John A. Cerino
          CLERK OF COURT

/mal
Cc: Judge Maryellen Noreika
Enclosures