# IN THE UNITED STATES DISTRICT COURT
# OF DISTRICT OF DELAWARE

|  |  |
|---|---|
| ROTHSCHILD DIGITALCONFIRMATION LLC, | ) ) ) ) |
| Plaintiff, | ) ) CASE NO. 19-1109-MN |
| v. | ) ) |
| COMPANYCAM, INC., | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR WITHDRAWAL OF REPRESENTATION OF COUNSEL OF RECORD

Pursuant to Local R. 83.7, the firms of Stamoulis & Weinblatt LLC ("S&W") and Chavous Intellectual Property Law LLC ("Chavous") respectfully move this Court to allow the withdrawal of S&W and Chavous. This motion has been mailed by certified mail to the client's address.

As grounds for this withdrawal, Rothschild Digital Confirmation LLC ("RDC") terminated the representation of S&W and Chavous on September 24, 2021. As a result, neither S&W nor Chavous may make any further representation to the Court on behalf of RDC in any matter. The continued participation of S&W and Chavous will not further this case because RDC refuses to continue the engagement of the firms. Accordingly, the withdrawal as counsel by S&W and Chavous should be granted.

S&W and Chavous met and conferred with counsel for CompanyCam, Inc. regarding this motion and CompanyCam has indicated that it will oppose this motion to withdraw.

WHEREFORE, S&W and Chavous respectfully request the Court withdraw the firms and their undersigned attorneys of record for RDC, from the above-captioned proceeding.

Date: September 29, 2021

By,

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*/s/ David A. Chavous*
David A. Chavous (admitted *Pro Hac*)
Chavous Intellectual Property Law LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Telephone: 978-655-4309
Facsimile: 978-945-0549
dchavous@chavousiplaw.com

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE