

Stamatios Stamoulis
stamoulis@swdelaw.com

**VIA CM/ECF**

October 18, 2021

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.*, C.A. No. 19-1109-MN (D. Del.)

Dear Judge Noreika:

On September 24, 2021, Rothschild Digital Confirmation, LLC ("RDC") informed the undersigned that it had terminated Stamoulis & Weinblatt LLC (S&W) as its local counsel in the above-captioned matter. Thereafter, S&W prepared and filed a motion seeking permission to withdraw as counsel of record (D.I. 52). That motion remains pending.

Attached hereto, as Exhibit A is RDC's letter detailing its efforts to engage new counsel and requesting additional time to engage new counsel.

    Respectfully,

    Stamatios Stamoulis
    *Counsel for Plaintiffs*