# EXHIBIT A

# Rothschild Digital Confirmation, LLC
1 East Broward Blvd, Suite 700
Fort Lauderdale, Florida 33301

October 18, 2021

**Via CM/ECF Only**
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

**Copy to:**
Rachael D. Lamkin, Esq.
One Harbor Drive, Suite 304
Sausalito, California, 94965

       Re: Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.
       C.A. No. 19-1109-MN (D. Del.)

Dear Judge Noreika,

    Plaintiff, Rothschild Digital Confirmation, LLC ("RDC"), through its Managing Member, respectfully submits this Letter detailing its efforts to engage new counsel and requesting additional time to engage new counsel.

    On October 4, 2021, the Court ordered RDC to advise the name of new counsel by October 18, 2021. To date, RDC has been unsuccessful in the engagement of new counsel, despite: 1) placing ads on Zip Recruiter and Indeed for counsel barred in the District of Delaware; 2) cold calling and emailing several attorneys barred in the District of Delaware, and 3) calling and emailing several referrals of attorneys barred in the District of Delaware.

    As such, Plaintiff respectfully requests that this Court allow RDC an additional thirty calendar days to engage new counsel. As you know, the above case was dismissed on March 19, 2020, and the only issue remaining is discovery in aid of execution of judgment. However, judgement is yet to be perfected, and the order awarding fees to Defendant is currently on appeal to the Federal Circuit (No. 1:19-cv-01109-MN). As such, RDC does not believe that this brief extension will prejudice the parties.

                           Respectfully Submitted,

                           Leigh M. Rothschild
                           Managing Member
                           Rothschild Digital Confirmation, LLC