# EXHIBIT D

## Andrew Russell

| | |
|---|---|
| **From:** | Andrew Russell |
| **Sent:** | Wednesday, October 13, 2021 11:44 AM |
| **To:** | David Chavous |
| **Cc:** | Stamatios Stamoulis; Rachael Lamkin; Karen Keller |
| **Subject:** | RE: Motion |
| | |
| **Categories:** | Filed |

David,

We noted for the Court that "circumstances may have changed." D.I. 56 at 1. If you recall, you stated during our meet-and-confer that RDC had terminated your representation entirely, both at the district court level and on the appeal, and that you would not be filing a reply brief in the appeal. You then filed a reply brief in the appeal. I assumed that you were truthful when you stated that RDC had terminated your representation, and that they must have later resumed that representation in this case such that you could file an appeal brief.  Thus, "[you] appear[] to still represent RDC." *Id.*

Please do provide any communications with RDC that would help clarify this situation. Thank you,

Andrew E. Russell
Shaw Keller LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.

---

**From:** David Chavous <dchavous@chavousiplaw.com>
**Sent:** Wednesday, October 13, 2021 11:11 AM
**To:** Andrew Russell <arussell@shawkeller.com>
**Cc:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** Motion
**Importance:** High

Andrew,

Did you just accuse me of fraud on the court with this opposition?  Because I have the communication that terminated my representation regarding the distinct matter of the fees discovery and all matters before the district court.  You could have asked me to provide said communication after consultation with RDC.  Instead, you filed this opposition implying I lied.

I expect a response from you on this.

Regards,

David A. Chavous, Ph.D.
_____

1



793 Turnpike Street, Unit 1
North Andover MA 01845
Phone: (978)655-4309
Fax: (978)945-0549
dchavous@chavousiplaw.com

DISCLAIMER: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential, and prohibited from disclosure or unauthorized use under applicable law.  If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, or copying of this e-mail or the information contained in this e-mail is strictly prohibited by the sender.  If you have received this transmission in error, please return the material received to the sender and delete all copies of this e-mail, including attachments from your system.  Nothing in this e-mail should be construed as legal advice or the commencement of legal representation unless expressly provided in this e-mail or prior agreements between the recipient and sender.