

Stamatios Stamoulis
stamoulis@swdelaw.com

**<u>VIA CM/ECF</u>**

November 1, 2021

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

> Re:   ***Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.*, C.A. No. 19-1109-MN (D. Del.)**

Dear Judge Noreika:

On September 24, 2021, Rothschild Digital Confirmation, LLC ("RDC") informed the undersigned that it had terminated Stamoulis & Weinblatt LLC (S&W) as its local counsel in the above-captioned matter. Thereafter, S&W prepared and filed a motion seeking permission to withdraw as counsel of record (D.I. 52). That motion remains pending.

Attached hereto, as Exhibit A is RDC's letter in response to the Court's Order on October 27, 2021 (D.I. 59).

Respectfully,

Stamatios Stamoulis
*Counsel for Plaintiffs*