# Rothschild Digital Confirmation, LLC
1 East Broward Blvd, Suite 700
Fort Lauderdale, Florida 33301

November 1, 2021

**Via CM/ECF Only**
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.
      C.A. No. 19-1109-MN (D. Del.)

Dear Judge Noreika,

    Plaintiff, Rothschild Digital Confirmation, LLC ("RDC"), through its Managing Member, respectfully submits this Letter confirming that it has complied with the Court's Oral Orders dated October 4, 2021 and October 19, 2021 regarding discovery.

    On September 28, 2021, Plaintiff served responses and answers to Defendant's discovery. D.I. 53, Exhibit A. On October 4, 2021, the Court entered an order waiving Plaintiff's objections to discovery and for Plaintiff to respond by October 25, 2021. On October 22, 2021, Plaintiff served supplemental responses and supplemental answers to Defendant's requests for production and interrogatories. See, Exhibit A.

    I have been advised that opposing counsel is required to file pleadings and not set forth new causes of action in a letter to this Court, seeking advanced approval for her possible strategies. The Defendant was awarded fees against the Plaintiff, Rothschild Digital Confirmation, LLC, --- not Leigh Rothschild. In any event, I ask the Court to note that I am a citizen of the state of Florida, and not a resident of the state of Delaware. As such, opposing counsel's letter dated October 27, 2021 is entirely improper.

                                                        Respectfully Submitted,

                                                       Leigh M. Rothschild
                                                       Managing Member
                                                       Rothschild Digital Confirmation, LLC