IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-1109-MN |
| COMPANYCAM, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Rothschild Digital Confirmation, LLC and Defendant CompanyCam, Inc. have settled this matter and agree that the matter is concluded. Upon execution of the final settlement agreement, the parties will file a stipulation of dismissal.

| | |
|---|---|
| */s/ David A Chavous* | */s/ Andrew E. Russell* |
| David A. Chavous, *pro hac vice* | Karen E. Keller (No. 4489) |
| CHAVOUS INTELLECTUAL PROPERTY LAW LLC | Andrew E. Russell (No. 5382) |
| 7 Parish Lane | SHAW KELLER LLP |
| Boxford, Massachusetts 19801 | I.M. Pei Building |
| (351) 207-5972 | 1105 N. Market Street, 12th Floor |
| dchavous@chavousiplaw.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff Rothschild Digital Confirmation, LLC* | (302) 298-0704 |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| Dated: January 10, 2022 | *Attorneys for Defendant CompanyCam, Inc.* |