NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROTHSCHILD DIGITAL CONFIRMATION, LLC,**
*Plaintiff-Appellant*

v.

**COMPANYCAM, INC.,**
*Defendant-Appellee*

---

2021-1790

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01109-MN, Judge Maryellen Noreika.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Rothschild Digital Confirmation, LLC moves unopposed to dismiss the above-captioned appeal pursuant to the Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

| | |
|---|---|
| <u>May 3, 2022</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |

<u>ISSUED AS AMADATE:</u> May 3, 2022.